**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JACK M. LEE,**
**Plaintiff,**

**Case No.: 8:13-CV-2239**

**vs.**

**EQUITY PROPERTIES ASSET MANAGEMENT, INC., Florida Corporation; EQUITY PROPERTIES ASSET MAMAGEMENT, INC. DEFINED BENEFIT PENSION PLAN, a qualified retirement plan, and JACQUELINE S. CHANG, as an individual**
**Defendant**

**Defendant.**
_____________________________________/

**MOTION TO WITHDRAW AS COUNSEL**

Mitchell Law Group by and through the undersigned attorney moves to withdraw as counsel for Plaintiff Jack Lee (Lee). The grounds for this motion are as follows:

Lee has failed substantially to fulfill an obligation to Mitchell Law Group regarding its services and has been given reasonable warning that Mitchell Law Group will withdraw unless the obligation is fulfilled;

Other good cause for withdrawal exists.

Lee continues to be represented by the law firm of Brennan, Manna and Diamond and by Elinor Baxter.

Mitchell Law Group has previously filed a charging lien in this case. (Dkt. 161) It

wishes to remain on the service list and requests that it be granted intervenor status so that it may protect its interests under that charging lien.

WHEREFORE, Mitchell Law Group requests that it permitted to withdraw from this case but be kept on the service list.

**RULE 3.01 (g) CERTIFICATION**

The undersigned counsel for Lee certifies that he has conferred with counsel for Defendants and that counsel for Defendants agrees to the request to withdraw but does not agree to the request to remain on the service list.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2016, I used the CM/ECF system to electronically file and serve the foregoing document on the following:

Donna M. Flammang, Esquire
Brennan, Manna & Diamond, P.L.
3301 Bonita Beach Road, Suite 100
Bonita Springs, FL 34134
dmflammange@bmdpl.com

*Counsel for Jack M. Lee*

Darol H.M. Carr, Esquire
Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A.
90 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
blong@farr.com

*Counsel for Defendants*

Elinor E. Baxter, Esquire
47 South Palm Avenue, Suite 201
Sarasota, Florida 34236
ebaxter@bmdpl.com

I certify that a true and correct copy of the foregoing was sent by regular US Mail to

Jack Lee
Suncoast REO Holdings, Inc.
8660 College Parkway, Suite 160
Fort Myers FL 33919-4873

Dated this 28th day of September 2016

/s/William D. Mitchell
WILLIAM D. MITCHELL, ESQUIRE
Mitchell Law Group
Bank of America Plaza
101 E. Kennedy Blvd. Suite 3120
Tampa, FL. 33950
(813) 223-1959
Florida Bar # 391972
mitchlaw@askmitch.net