## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JACK M. LEE,

       Plaintiff,

v.                                                              Case No: 8:13-cv-2239-T-30AAS

EQUITY PROPERTIES ASSET
MANAGEMENT, INC., EQUITY
PROPERTIES ASSET MANAGEMENT,
INC. DEFINED BENEFIT PENSION
PLAN and JACQUELINE S. CHANG,

       Defendants.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement (Dkt. 205). The Court approves the settlement agreement with one change. With respect to paragraph six of the agreement, the Court will retain jurisdiction to enforce the terms of the agreement for only one (1) year.

As required by the settlement agreement's terms, the Parties shall move to dismiss this case with prejudice once the conditions set forth in the settlement agreement have been satisfied.

The Court retains jurisdiction to resolve the issues raised in Plaintiff's Motion to Discharge the Charging Lien (Dkt. 206).

It is ORDERED AND ADJUDGED that the Court GRANTS the Parties' Joint Motion for Approval of Settlement Agreement (Dkt. 205) to the extent described herein.

**DONE** and **ORDERED** in Tampa, Florida, on January 19th, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record